IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GE COMMERCIAL DISTRIBUTION FINANCE CORP.,** | ) ) ) |
| Plaintiff, | ) ) |
| V. | ) Civil No. **08-778-GPM** ) |
| **SCOTT BUCHANAN, et al.**, | ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is plaintiff GE Commercial Distribution Finance Corporation's motion to compel defendants Scott Buchanan and Jennifer Buchanan to fully respond, without objection, to plaintiff's first request for production and first set of interrogatories, propounded in February 2009. **(Doc. 28).**

A review of the record reveals that Scott Buchanan and Jennifer Buchanan are proceeding pro se. They have failed to timely respond to plaintiff's discovery requests. Their pro se status does not excuse them from compliance withe Federal Rules of Civil Procedure, or from otherwise litigating this case in a timely fashion. Therefore, in accordance with Federal Rules of Civil Procedure 33 and 34, they have waived all objections to the discovery requests.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 28)** is **GRANTED**. On or before **July 6, 2009**, Scott Buchanan and Jennifer Buchanan shall fully respond to plaintiff's first request for production and first set of interrogatories. Failure to comply with this order may result in sanctions, which may include entry of default.

**DATED: June 23, 2009**         s/ Clifford J. Proud
                    **CLIFFORD J. PROUD**
                    **UNITED STATES MAGISTRATE JUDGE**